**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01729-CR

**GEORGE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-62218-U**

## ORDER

Before the Court is appellant's pro se motion asking the Court to issue a bench warrant for him to appear at oral argument in this case. The purpose of oral argument is to "emphasize and clarify the written arguments in the briefs." TEX. R. APP. P. 39.2. Appellant is represented by counsel and is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981); *see also* TEX. CODE CRIM. PROC. ANN. art. 26.04(j)(2) (West Supp. 2012). The Court **DENIES** appellant's motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE